JUDGE JOHNSTON

Magistrate Judge Schneider

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

AUG 13 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | 24 CR 5 0 0 2 8 |
|---|---|
| v. | |
| JOVINO J. RAMIREZ | Violations: Title 21, United States Code, Section 841(a)(1); Title 18, Sections 924(c)(1)(A) and 922(g)(1) |

### COUNT ONE

The SPECIAL MARCH 2024 GRAND JURY charges:

On or about May 2, 2024, in Winnebago County, in the Northern District of Illinois, Western Division, and elsewhere,

JOVINO J. RAMIREZ,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2024 GRAND JURY further charges:

On or about May 2, 2024, in Winnebago County, in the Northern District of Illinois, Western Division,

JOVINO J. RAMIREZ,

defendant herein, did knowingly possess a firearm, namely, a loaded Gabilondo Y CIA 9mm handgun bearing serial number 963991, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL MARCH 2024 GRAND JURY further charges:

On or about May 2, 2024, in Winnebago County, in the Northern District of Illinois, Western Division,

JOVINO J. RAMIREZ,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Gabilondo Y CIA 9mm handgun with serial number 963991, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2024 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Gabilondo Y CIA 9mm handgun with serial number 963991, and all associated ammunition.

A TRUE BILL:

FOREPERSON

_____
ACTING UNITED STATES ATTORNEY